Edmond D. STEPHENS,
Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commis-
sioner of Social Security, De-
fendant–Appellee.

No. 06–1056.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 24, 2006.

Decided: Oct. 2, 2006.

J.T. Meisel, Huntington, West Virginia,
for Appellant. Donna L. Calvert, Regional
Chief Counsel, William B. Reeser, Supervi-
sory Regional Counsel, Stephen T. Giac-
chino, Assistant Regional Counsel, Social
Security Administration, Philadelphia,
Pennsylvania; Charles T. Miller, Acting
United States Attorney, Fred B. Westfall,
Jr., Assistant United States Attorney,
Charleston, West Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edmond D. Stephens appeals the district court's order accepting the recommendation of the magistrate judge and granting the Commissioner's motion for judgment on the pleadings and affirming the Commissioner's order denying Social Security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stephens v. Barnhart,* No. CA–04–575–3 (S.D.W.Va. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*